


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) |
|---|---|
| MediaTek, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 04-895-KAJ |
| v. | ) |
| | ) |
| Zoran Corporation, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the above-captioned action, including all claims and counterclaims, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
(cottrell@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff MediaTek, Inc.

Dated: January 30, 2006

/s/ Mary B. Graham
Mary B. Graham (#2256)
(mgraham@mnat.com)
Morris, Nichols, Arsht & Tunnell L.L.P.
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for Defendant Zoran Corporation

Dated: January 30, 2006

SO ORDERED this 31st day of Jan., 2006.

_____
United States District Judge

RLF1-2974766-1